**Rodney Lawrence GREEN, Plaintiff—Appellant,**

v.

**Gary M. CLARK; John Doe, Captain; John Doe, Lieutenant, Defendants— Appellees.**

No. 05–7651.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 7, 2006.

Rodney Lawrence Green, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Lawrence Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. Clark,* No. CA–05–361–3 (W.D.N.C. Sept. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*